IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00278-REB-KLM

AURORA BANK, FSB,

    Plaintiff,

v.

EAGLE HOME MORTGAGE, INC.,
EAGLE HOME MORTGAGE, LLC, and
UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, doing business as Eagle Home Mortgage,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave for Out-of-State Counsel to Appear Telephonically at the May 30, 2013 Scheduling Conference** [Docket No. 27; Filed May 29, 2013] (the "Motion"). The Motion was filed one day before the Scheduling Conference set for May 30, 2013 at 10:30 a.m. Defendants' out-of-state counsel seeks leave to appear at the Scheduling Conference by telephone. On February 6, 2013, the Court issued an Order in which it stated:

> If you wish to appear at the Scheduling Conference by telephone, you must file a motion seeking permission to appear by telephone and setting forth good cause for a telephonic appearance. No motion for any telephonic appearance will be granted unless it is filed at least **five (5) business days** in advance of the date of appearance.

*Order Setting Scheduling/Planning Conference* [#7] at 1 (emphasis in original). Defendants' out-of-state counsel has provided no extraordinary circumstance as to why he could not comply with the Court's Order. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **DENIED**.[1]

    Dated: May 29, 2013

---

[1] The Court notes that Defendants' local counsel will be appearing in person at the Scheduling Conference. *Motion* [#27] at 2.