IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00278-REB-KLM

AURORA BANK, FSB,

      Plaintiff,

v.

EAGLE HOME MORTGAGE, INC.,
EAGLE HOME MORTGAGE, LLC, and
UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, doing business as Eagle Home
Mortgage,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for Leave to File Sur-Reply to Defendants' Reply Filed in Connection with Defendant's Motion to Dismiss** [Docket No. 24; Filed May 17, 2013] (the "Surreply").  Surreplies are not contemplated by the Federal Rules of Civil Procedure or the Local Rules of Practice.  However, given a review of the briefs in this matter and the unopposed nature of the request,

      IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**.  Plaintiff's Surreply, provided as an exhibit to the Motion [#24-1], is accepted for filing as of the date of this Minute Order.

      Dated:  June 4, 2013