**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00278-REB-KLM

AURORA BANK, FSB,

    Plaintiff,

v.

EAGLE HOME MORTGAGE, INC.,
EAGLE HOME MORTGAGE, LLC, and
UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, doing business as EAGLE HOME MORTGAGE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#36][1] filed October 10, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to bear its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#36] filed October 10, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for March 28, 2014, are **VACATED**;

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the jury trial set to commence April 14, 2014, is **VACATED**;

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 11, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

2